[No. 1296-2.   Division Two.   March 6, 1975.]

HAROLD C. MARTIN, *Appellant,* v. RUSS CARLBERG, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 215291, William F. LeVeque, J., entered December 10, 1973. *Reversed* by unpublished opinion per Pearson, J., concurred in by Armstrong, C.J., and Petrie, J.

[No. 1495-2.   Division Two.   March 11, 1975.]

THE STATE OF WASHINGTON, *Appellant,* v. WILLARD M. DEWAR, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 8248, John N. Skimas, J., entered May 22, 1974. *Reversed* by unpublished opinion per Petrie, J., concurred in by Armstrong, C.J., and Pearson, J.

[No. 2649-1.   Division One.   March 17, 1975.]

MELVIN DUNCAN, *Respondent,* v. THOMAS N. RINEHART *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 748100, Solie M. Ringold, J., entered August 3, 1973. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Farris, J.

[No. 1053-3.   Division Three.   March 17, 1975.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY J. RUSH, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 63011, Albert N. Bradford, J., entered December 20, 1973. *Affirmed* by unpublished per curiam opinion.